*James M. Ralls*, assistant state's attorney, in support of the petition.

*Averum J. Sprecher*, in opposition.

Decided November 21, 2002

---

JOHN FITZPATRICK ET AL. *v.* HALL-BROOKE
FOUNDATION, INC.

PALMER and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Thomas J. Weihing*, in support of the petition.

*Robert F. Kappes*, in opposition.

Decided November 21, 2002

---

STATE OF CONNECTICUT *v.* KEVIN J. WICKES

*Richard S. Cramer*, in support of the petition.

Decided November 21, 2002

---

GENE S. JONES *v.* ALEX C. KRAMER

The Supreme Court docket number is SC 16872.

*Robert C. Mirto*, in support of the petition.

*J. Kevin Golger*, in opposition.

Decided November 21, 2002

MARIO MALLOZZI, JR. *v.* NATIONWIDE MUTUAL INSURANCE COMPANY

KATZ, J., did not participate in the consideration or decision of this petition.

*Charles W. Fleischmann*, in support of the petition.

*Charles E. Hickey*, in opposition.

Decided November 21, 2002

FIDELITY BANK *v.* JOHN M. KRENISKY ET AL.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*John A. Keyes*, in support of the petition.